UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL DABNEY-RAHEEM

                Plaintiff(s),

     v.

OAKLAND UNIFIED SCHOOL DISTRICT

             Defendant(s).

_____/

No. C 06-03378 MHP

**ORDER**

A motion for judgment on the pleadings was set by the court for September 21, 2006. Plaintiff's opposition was due pursuant to the Civil Local Rules or before August 9, 2006. No timely opposition has been filed. Therefore,

IT IS HEREBY ORDERED that the hearing date for this motion is vacated and the motion is deemed submitted on the papers and GRANTED.

Dated: September 8, 2006

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California